| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| TAMARA THOMAS, #33135-058 | § |
| | § |
| *versus* | § CIVIL ACTION NO. 4:18-CV-812 |
| | § CRIMINAL ACTION NO. 4:15-CR-207(5) |
| UNITED STATES OF AMERICA | § |

## MEMORANDUM OPINION AND ORDER

Appellant Tamara Thomas filed a motion for leave to appeal *in forma pauperis* (#23). Appellant may proceed *in forma pauperis* on appeal only if she is both economically eligible and presents a nonfrivolous issue. *See Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). A review of the case shows that the Court denied Appellant's Motion to Vacate, Set Aside, or Correct Sentence (#20) on February 3, 2022, because the issues she raised were without merit.

While Appellant failed to provide a certified copy of her inmate trust data sheet showing her financial activity for the previous six months, she has not shown a nonfrivolous issue on appeal. *Id*.

It is therefore **ORDERED** the motion for leave to appeal *in forma pauperis* (#23) is **DENIED**.

SIGNED at Beaumont, Texas, this 14th day of March, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE